SO ORDERED: March 09, 2009.

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 07-12836-FJO-13 |
| BETH ANN BRILEY ) | LAST KNOWN ADDRESS: |
| ) | 7815 NW 148 STREET |
| ) | MIAMI LAKES, FL 33016 |
| DEBTOR. ) | |

### ORDER DIRECTING TRUSTEE TO TURN OVER UNCLAIMED CHECK TO THE CLERK OF THE BANKRUPTCY COURT

Comes now Robert A. Brothers, trustee herein, and having made his application for authority to turn over the unclaimed refund check issued to creditor, BAYHOLDINGS INC. to the Clerk of the Court to be held by said Clerk for the benefit of said creditor, which application reads in the words and figures as follows, to-wit:

(H.I.)

And the Court, having reviewed said application and being duly advised in the premises, now grants the trustee's application and, accordingly, it is

ORDERED that the trustee turn over to the Clerk of the Court the sum of $373.09 representing the unclaimed check issued to said creditor, as well as all future dividend checks, to be held by the Clerk of the Bankruptcy Court for the benefit of said Creditor as prescribed by law.

###