200800333

PAUL T HARDIN
HENDRICKS COUNTY RECORDER
01/08/2008 12:52:11PM

07-12836-FJO-13

BNU/Briley, Beth A. & Duke, Tom O.
3323-14.

## ASSIGNMENT OF MORTGAGE

For value previously received, BankUnited, FSB, hereby assigns to Bayholdings, Inc., at 7815 NW 148 Street, Miami Lakes, FL 33016, the mortgage executed by Beth A. Briley and Tom O. Duke, to BankUnited, FSB on October 18, 2006, in the amount of $156,000.00, which said mortgage was recorded in the Recorder's Office in Hendricks County, Indiana, on November 3, 2006, as Instrument No. 200600031511. Said mortgage secures the indebtedness owed on a promissory note previously negotiated to Bayholdings, Inc.

WITNESS my hand and seal this 14 day of December, 2007.

BankUnited, FSB,

By: _____

Printed: ELOISE C HINDS
Title: ASSISTANT VICE PRESIDENT

STATE OF Florida )
) SS:
COUNTY OF Miami-Dade )

Before me, a Notary Public in and for said County and State, this 14 day of December, 2007, personally appeared Eloise C. Hinds for and on behalf of BankUnited, FSB, and acknowledged the execution of the foregoing instrument for the uses and purposes therein set forth as the free act and deed of said corporation.

_____
Notary Public

Madeleine J. De France
(Printed)
Residing in Dade County

My commission expires: _____

This instrument prepared by BRUCE G. ARNOLD, FEIWELL & HANNOY, P.C., P.O. Box 44141, 251 N. Illinois Street, Suite 1700, Indianapolis, IN 46204