United States Bankruptcy Court
Southern District of Indiana

IN RE: )
)
BETH ANN BRILEY )     CASE NO. 07-12836-FJO-13
)
)
DEBTOR(S) )

## AFFIDAVIT OF CREDITOR

I, LeNecia Knighton of BankUnited, the undersigned creditor in the above referenced case declare as follows:

1. John E. Joseph, of Feiwell & Hannoy, PC, 251 North Illinois Street, Suite 1700, Indianapolis, IN 46204
(Name and Address)

has been granted a Power of Attorney by me to submit an Application for Payment from Unclaimed Funds seeking payment in the amount of $3,395.06 due and owing me as a creditor in the above referenced bankruptcy case.

2. My name, position with company (if applicable), address and telephone number are as follows:

Name: LeNecia Knighton
Position: Asst. Vice President Default Administration
Address: 7815 NW 148 Street
City/State/ZIP: Miami Lakes, FL 33016
Area code/telephone number: 305-231-6550

3. That the undersigned substantiate the creditor has rights to the claim, including but not limited to documents relating to sale of company; i.e., purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds by the attachment of certified copies of all necessary documents.

4. I (or the company which I represent) have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated     May 6, 2010                                   _____
                                                        Creditor


Sworn to and Subscribed before me this

___6___ day of ___MAY___, 20_10_.

_____
NOTARY PUBLIC, AT LARGE  JEANNE DARLEY
STATE OF _____  NOTARY PUBLIC
                          STATE OF FLORIDA
                          Comm# DD0950834
                          Expires 1/25/2014